Opinion issued January 23, 2014



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00541-CV

_____

## SERGY V LEMESHKO, Appellant

## V.

## ELIZABETH ANNE THOMAS, Appellee

On Appeal from the 310th District Court
Harris County, Texas
Trial Court Case No. 2008-03762

## MEMORANDUM OPINION

On August 29, 2013, Appellant, Sergy V. Lemeshko, filed a document entitled "Appellant's Brief," which, upon review, we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued and although appellant has failed to include a certificate of conference in his motion,

more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.